IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG - 7 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 18-CR-200 35 |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(B) & (b)(1)(C); |
| JOHN BOOE, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) & 922(o). |
| Defendant. | ) | Title 26, United States Code, |
| | ) | Section 5861(d) |

## INDICTMENT

### COUNT 1
**(Distribution of Methamphetamine)**

**THE GRAND JURY CHARGES:**

On or about March 22, 2018, in Vermilion County, in the Central District of Illinois,

**JOHN BOOE,**

defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

### COUNT 2
**(Distribution of Methamphetamine)**

**THE GRAND JURY CHARGES:**

On or about March 22, 2018, in Vermilion County, in the Central District of Illinois,

JOHN BOOE,

defendant herein, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT 3
### (Possession of Firearms by a Felon)

**THE GRAND JURY CHARGES:**

On or about March 22, 2018, in Vermilion County, in the Central District of Illinois,

JOHN BOOE,

defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, that is: (1) an Auto Ordnance, Thompson Model 1921, .45 ACP caliber firearm with the model and serial number obliterated; (2) a Superior Arms, S-15 model, 5.56mm caliber semi-automatic rifle bearing serial number 12470; (3) a Benelli, 121M1 model, 12 gauge semi-automatic shotgun bearing serial number 230856; (4) a Carcano, Model 91/38, 5.6x52 Carcano caliber bolt action rifle bearing serial number X16692; (5) a US Carbine, M1 model, .30 Carbine caliber semi-automatic rifle bearing serial number 4917958; (6) a Chinese, Type 53 model, 7.62mm caliber bolt action rifle bearing serial number 1313834; (7) an Armi Jager, AP 74 model, .22 Long Rifle caliber semi-automatic rifle bearing serial number 72058; (8) a Marlin, Model 60, .22 Long Rifle caliber semi-automatic rifle bearing serial number 10446567; (9) an Anderson

Manufacturing, AM-15 model, 5.56mm caliber semi-automatic rifle bearing serial number 16015947; (10) a Spike's Tactical, ST-15 model, semi-automatic rifle bearing serial number KAI01609; (11) a CETME, Model 58, 7.62x51mm caliber rifle with an obliterated serial number; (12) a semi-automatic rifle with an unmarked lower receiver and a 9mm Parabellum caliber upper receiver with Palmetto Armory G3-9 markings; (13) a Superior Arms, S-15 model, 5.56mm caliber semi-automatic lower receiver bearing serial number 12482; (14) a CZ, 75B Silver Anniversary model, 9mm Luger semi-automatic handgun bearing serial number 500; (15) seven AR-15 style unmarked lower receivers.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4
### (Possession of a Machinegun)

**THE GRAND JURY CHARGES:**

On or about March 22, 2018, in Vermilion County, in the Central District of Illinois,

**JOHN BOOE,**

defendant herein, knowingly possessed a machinegun, that is, an Auto Ordnance, Thompson Model 1921, .45 ACP caliber firearm with the model and serial number obliterated.

In violation of Title 18, United States Code, Section 922(o).

## COUNT 5
### (Possession of Unregistered National Firearms Act Firearms)

**THE GRAND JURY CHARGES:**

On or about March 22, 2018, in Vermilion County, in the Central District of Illinois,

**JOHN BOOE,**

defendant herein, knowingly received and possessed firearms, that is, an Auto Ordnance, Thompson Model 1921, .45 ACP caliber machinegun with the model and serial number obliterated; and a Spike's Tactical, ST-15 model, semi-automatic rifle bearing serial number KAI01609 with a barrel measuring less than 16 inches, which are not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts Three through Five of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872.

2. On or about March 22, 2018, in the Central District of Illinois,

**JOHN BOOE,**

defendant herein, did engage in knowing violations of Title 18, United States Code, Sections 922(g) and 922(o), and Title 26, United States Code, Section 5861(d), thereby

4

subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872, any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) an Auto Ordnance, Thompson Model 1921, .45 ACP caliber firearm with the model and serial number obliterated; (2) a Superior Arms, S-15 model, 5.56mm caliber semi-automatic rifle bearing serial number 12470; (3) a Benelli, 121M1 model, 12 gauge semi-automatic shotgun bearing serial number 230856; (4) a Carcano, Model 91/38, 5.6x52 Carcano caliber bolt action rifle bearing serial number X16692; (5) a US Carbine, M1 model, .30 Carbine caliber semi-automatic rifle bearing serial number 4917958; (6) a Chinese, Type 53 model, 7.62mm caliber bolt action rifle bearing serial number 1313834; (7) an Armi Jager, AP 74 model, .22 Long Rifle caliber semi-automatic rifle bearing serial number 72058; (8) a Marlin, Model 60, .22 Long Rifle caliber semi-automatic rifle bearing serial number 10446567; (9) an Anderson Manufacturing, AM-15 model, 5.56mm caliber semi-automatic rifle bearing serial number 16015947; (10) a Spike's Tactical, ST-15 model, semi-automatic rifle bearing serial number KAI01609; (11) a CETME, Model 58, 7.62x51mm caliber rifle with an obliterated serial number; (12) a semi-automatic rifle with an unmarked lower receiver and a 9mm Parabellum caliber upper receiver with Palmetto Armory G3-9 markings; (13) a Superior Arms, S-15 model, 5.56mm caliber semi-automatic lower receiver bearing serial number 12482; (14) a CZ, 75B Silver Anniversary model, 9mm Luger semi-automatic handgun bearing serial number 500; and (15) seven AR-15 style unmarked lower receivers.

5

All pursuant to Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d); and Title 26, United States Code, Section 5872.

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris

JOHN E. CHILDRESS
United States Attorney

BDF