E-FILED
Friday, 18 January, 2019  10:38:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN BOOE,

Defendant.

No. 18-20035-JES-EIL

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Johanes Maliza hereby moves this Court for entry of an Order granting him and the Office of the Federal Public Defender for the Central District of Illinois leave to withdraw as Defendant's appointed counsel of record in the above-entitled case.  As grounds for this motion, counsel states that the Federal Public Defender has a direct and irreconcilable conflict of interest that precludes continued representation of the Defendant in this case.

January 18, 2019

Respectfully submitted,

THOMAS PATTON,
Federal Public Defender,

s/Johanes C. Maliza
Johanes Maliza (6323056)
Office of the Federal Public Defender
600 E. Adams, Third Fl.
Springfield, IL 62701
Telephone: 217-492-5070
Facsimile: 217-492-5077
E-Mail: johanes_maliza@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza