**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                Plaintiff, ) | |
| vs. ) | Case No.  18-CR-20035 |
| JOHN BOOE, ) | |
|                Defendant. ) | |

## MOTION TO WITHDRAW

    **NOW COMES** the Defendant, JOHN BOOE, by and through his attorney, LAWRENCE T. SOLAVA, of BECKETT LAW OFFICE, P.C., and in support of his Motion to Withdraw states as follows:

    1.    On January 23, 2019, defense counsel was appointed to represent the defendant, JOHN BOOE.

    2.    The cause is set for pretrial conference on January 21, 2020 at 11:15 a.m. and jury trial on February 11, 2020 at 9:00 a.m.

    3.    Defense counsel has received communication from the Defendant, JOHN BOOE, in which the Defendant, JOHN BOOE, has requested that another attorney be appointed to represent him

    4.    Based on these communications, defense counsel believes that there has been a breakdown in the attorney client relationship to the extent that defense counsel can no longer adequately represent the Defendant, JOHN BOOE.

    **WHEREFORE** the Defendant, JOHN BOOE, prays that the Motion to Withdraw be granted, that new counsel be appointed for the Defendant, JOHN BOOE, and for such other relief deemed just and appropriate.

                                        Respectfully submitted,
                                        JOHN BOOE, Defendant

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Ave.
(217) 328-0263; (217) 328-0290 (fax)    By: */s/ Lawrence T. Solava*
lawrence@beckettlawpc.com                 LAWRENCE T. SOLAVA
A.R.D.C. # 6243927                             Attorney for the Defendant, JOHN BOOE

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I electronically filed the above **Motion to Withdraw** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Bryan Freres, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on December 12, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

By: */s/ Lawrence T. Solava*
LAWRENCE T. SOLAVA
Attorney for the Defendant, JOHN BOOE

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
lawrence@beckettlawpc.com
A.R.D.C. # 6243927